IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00325-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ABRAHAM FRIESEN-REMPLE,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 110].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 110] is granted.  Counts One, Two, Three, Five, Six, Seven and Eight of the Indictment are dismissed as to defendant Abraham Friesen-Remple.

DATED December __1__, 2014.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge